**STATE of Missouri, Respondent,**

v.

**Aaron John HANSBERRY, Appellant.**

**No. WD 75604.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2014.

Application for Transfer Denied April 29, 2014.

Chris Koster, Attorney General, Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Amy M. Bartholow, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, and LISA WHITE HARDWICK and GARY D. WITT, Judges.

**Order**

PER CURIAM:

Aaron Hansberry appeals his conviction, following a jury trial, of second-degree involuntary manslaughter, for which he was sentenced to a four-year term of imprisonment, pursuant to section 559.115.3's 120–day institutional treatment program. Hansberry successfully completed institutional treatment and was released on a five-year term of probation. He challenges the sufficiency of the evidence to support his conviction; specifically, he claims that the evidence failed to establish that he acted with criminal negligence when he caused the death of Caitlin Valora, following a motorcycle accident in which Hansberry was driving and Valora was his passenger. Finding the evidence sufficient to establish criminal negligence, we affirm his conviction. Rule 30.25(b).